**Js6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EDGAR MARTINEZ, an individual;

Plaintiff,

v.

EXTIME PS LLC, (*formerly known as The Private State Holdings, LLC*), a Limited Liability Company; EXTIME PS INC., a Delaware Corporation; THE PRIVATE SUITE LAX LLC, a Limited Liability Company and DOES 3 through 50, inclusive,

Defendants.

Case No. 2:26-cv-00093-RGK-ADS

**~~[PROPOSED]~~ ORDER ON JOINT STIPULATION TO REMAND THE CASE TO STATE COURT**

The Court, having read and considered the Joint Stipulation to Remand the Case to State Court, and good cause appearing therefore, hereby orders as follows:

1. This Action is hereby remanded to the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: 7/30/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

cc: LASC, 25STCV33062